IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| José Gustavo Monterrosa Salguero,<br><br>Petitioner,<br><br>vs.<br><br>Madonna Alexandra Marcella Franco Argueta,<br><br>Respondent. | Civil Action No. 5:17-CV-125-FL<br><br>ORDER |

This matter is before the court on Petitioner's Motion for Leave to Serve Subpoena for the Production of Documents on Non-Party. (DE 32.) Petitioner seeks records from Delta Airlines prior to the merits hearing scheduled for March 28, 2017 regarding any tickets or flight manifests related to Respondent and the Child's trip from San Salvador to the United States. He has attached a draft subpoena to his Motion. Petitioner does not ask the Court to resolve any objections to the subpoena preemptively. Pursuant to Federal Rules of Civil Procedure Rules 26 and 45, the Court GRANTS Petitioner's Motion. (DE 32.)

This 24th day of March, 2017.

_____
Louise W. Flanagan
United States District Court Judge