IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| José Gustavo Monterrosa Salguero,<br><br>          Petitioner,<br><br>vs.<br><br>Madonna Alexandra Marce Franco Argueta,<br><br>          Respondent. | Civil Action No. 5:17-CV-125-FL<br><br><br>EXTENDED TEMPORARY RESTRAINING ORDER |

   This matter is before the Court on Petitioner's Consent Motion to Extend Temporary Restraining Order. (DE 37.) The parties have agreed to extend this Court's prior Temporary Restraining Order (DE 22) under Fed. R. Civ. P. 65(b)(2) with the modifications set forth below. Therefore, Petitioner's motion is GRANTED. The prior Temporary Restraining Order (DE 22) is terminated, and this Extended Temporary Restraining Order is issued, on the following terms:

   Respondent and those acting at her direction are hereby ENJOINED from removing the child from the Eastern District of North Carolina pending entry of an order by this Court resolving Petitioner's First Amended Verified Petition. (DE 17.) Respondent is cautioned that violation of this Extended Temporary Restraining Order can be treated as criminal contempt and is punishable as a federal criminal offense by the United States Attorney.

   The $500.00 bond paid by Petitioner, (DE 27), for the prior Temporary Restraining Order, (DE 22), shall be retained by the Clerk and applied to this Extended Temporary Restraining Order. No further bond shall be required.

Respondent is ORDERED to file with the Clerk of Court any and all of the child's travel documents, including her passport and America visa. The Clerk of Court shall hold the travel documents pending further order of this Court.

This Order shall expire on the date that the Court enters a final decision on the merits of Petitioner's First Amended Verified Petition, (DE 17), and Petitioner's bond shall be released to Petitioner at that time, unless otherwise ordered by the Court.

SO ORDERED, this the 31st day of March, 2017.

_/s/ Louise W. Flanagan_
Louise W. Flanagan
United States District Court Judge