IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| José Gustavo Monterrosa Salguero,<br><br>Petitioner,<br><br>vs.<br><br>Madonna Alexandra Marcella Franco Argueta,<br><br>Respondent. | Civil Action No. 5:17-CV-125-FL<br><br>**Order Granting Petitioner's Consent Motion To Seal And Redact Testimony** |

For good cause shown, the Court hereby GRANTS Petitioner's Consent Motion to Seal and/or Redact Testimony [ECF No. 78] in the above-captioned matter.

1. The Court Reporter, Bobbie Goforth, is hereby **ORDERED** to redact the following page and lines:

    a. 200:8–9;
    b. 200:13;
    c. 203:3–5; and
    d. 379:12–17.

The Clerk is hereby **ORDERED** to file an un-redacted version of pages 200, 203, and 379 of the trial transcript under seal.

Petitioner's counsel is hereby **ORDERED** to deliver a copy of this Order to the Court Reporter as well as an un-redacted copy of Sealed Exhibit 2 that was attached to his motion showing the highlighted portions of the transcript to be redacted.

IT IS SO ORDERED, this 22nd day of May, 2017.

_____
The Honorable Louise W. Flanagan
United States District Judge