IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| José Gustavo Monterrosa Salguero, <br><br> Petitioner, <br><br> vs. <br><br> Madonna Alexandra Marcella Franco Argueta, <br><br> Respondent. | Civil Action No. 5:17-CV-125-FL <br><br><br> **ORDER** |

This matter is before the Court on Petitioner José Gustavo Monterrosa Salguero's Motion to File Document Under Seal [Dkt. 66] and his supporting memorandum of law [Dkt. 67]. The Court has reviewed the arguments of counsel and, being otherwise sufficiently advised, will grant the motion.

Accordingly, IT IS HEREBY ORDERED that Petitioner's Post-Trial Brief filed at docket number 64 shall be sealed and remain under seal in accordance with Fed. R. Civ. P. Rule 5.2(d) and Local Civil Rule 79.2(b), EDNC until otherwise ordered by this Court.

IT IS SO ORDERED this the 14th day of June, 2017

_____
Hon. Louise W. Flanagan
United States District Judge