IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.: 5:17-CV-125 FL

JOSE GUSTAVO MONTEROSSA SALGUERO,
    Petitioner

v.

MADONNA ALEXANDRA MARCELLA FRANCO ARGUENTA,
    Respondent.

## ORDER TO FILE DOCUMENT UNDER SEAL

**THIS MATTER** comes before the Court on the Respondent's Motion to File a Document Under Seal said document being filed as Respondent's Reply Brief on May 15, 2017.

For reasons stated in the Respondent's motion, the Motion is ALLOWED and the Office of the Clerk of Court for the Eastern District of North Carolina shall file Respondent's Reply Brief UNDER SEAL.

SO ORDERED, this the __14th__ day of June, 2017.

_____
The Honorable Louise Flanagan
United States District Court