UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOSE GUSTAVO MONTERROSA SALGUERO, | ) ) ) |
| Petitioner, | ) ) ) |
| v. | ) **JUDGMENT** ) ) No. 5:17-CV-125-FL |
| MADONNA ALEXANDRA MARCE FRANCO ARGUETA, | ) ) ) ) |
| Respondent. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge for consideration of petitioner's first amended verified petition, seeking return of his minor child, S.M.M.F. under the Hague Convention of the Civil Aspects of International Child Abduction and the International Child Remedies Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 16, 2017, that the court grants petitioner's first amended verified petition. The court awards petitioner physical custody of the child, for the purpose of returning the child to El Salvador, the country of her habitual residence. The court's order is not a determination of parental custody or visitation under Salvadoran law.

**This Judgment Filed and Entered on June 16, 2017, and Copies To:**
Reed J. Hollander  (via CM/ECF electronic notification)
Matthew A. Abee (via CM/ECF electronic notification)
Terry Rose (via CM/ECF electronic notification)

June 16, 2017                    PETER A. MOORE, JR., CLERK
                                  /s/ Susan W. Tripp
                                 (By) Susan W. Tripp, Deputy Clerk