IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| José Gustavo Monterrosa Salguero,<br><br>        Petitioner,<br><br>vs.<br><br>Madonna Alexandra Marcella Franco Argueta,[1]<br><br>        Respondent. | Civil Action No. 5:17-CV-125-FL<br><br>**Order Granting Petitioner's Consent Motion To Unseal Redacted Hearing Transcripts and Order of the Court** |

For good cause shown, the Court hereby **GRANTS** Petitioner's Consent Motion to Unseal Redacted Hearing Transcripts and Order of the Court [ECF No. 105] in the above-captioned matter.

The Clerk is hereby **ORDERED** to unseal the redacted transcripts (ECF Nos. 82, 83, and 84) and the Court's Order (ECF No. 89). The original transcripts (ECF Nos. 60–62) and the Sealed Return Order (ECF No. 91) remain under seal until further Order of this Court.

IT IS SO ORDERED, this 23rd day of June, 2017.

_____
The Honorable Louise W. Flanagan
United States District Judge

---

[1] Respondent is now known as Madonna Alexandra Franco de Salinas.