UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOSE GUSTAVO MONTERROSA SALGUERO    Plaintiff, | ) ) ) ) ) |
| v. | ) **JUDGMENT** |
| | ) No. 5:17-CV-125-FL |
| MADONNA ALEXANDRA MARCE FRANCO ARGUETA    Defendant. | ) ) ) ) ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiff's motion for payment of costs.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 6, 2017, plaintiff's motion for payment of costs is granted and petitioner Jose Gustavo Monterrosa Salguero is awarded costs in the amount of $12,174.76 pursuant to 22 U.S.C. § 9007.

**This Judgment Filed and Entered on October 6, 2017, and Copies To:**

Reed J. Hollander (via CM/ECF Notice of Electronic Filing)
Matthew A. Abee (via CM/ECF Notice of Electronic Filing)
Terry Rose (via CM/ECF Notice of Electronic Filing)

October 6, 2017    PETER A. MOORE, JR., CLERK
    /s/ Sandra K. Collins
    (By) Sandra K. Collins, Deputy Clerk